IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KENNETH H. RICHARDSON**, | § § § | |
| Plaintiff, | § | |
| v. | § § | No. **3:08-CV-0209-L** |
| **FEDERAL FOOD & DRUG ADMINISTRATION**, | § § § § | |
| Defendant. | § | |

# ORDER

Before the court are the Findings, Conclusions and Recommendations of the United States Magistrate Judge, filed September 9, 2008. Plaintiff did not file objections.

Plaintiff is proceeding *pro se* and *in forma pauperis*. He has asserted claims against Defendant Federal Food & Drug Administration of fraud, gross negligence, and violations of his First Amendment Rights. He also invokes the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. §§ 332-334. The magistrate judge recommends dismissing the action as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court therefore **dismisses with prejudice** Plaintiff's complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**It is so ordered** this 25th day of September, 2008.

_____
Sam A. Lindsay
United States District Judge